**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____
: 
LATCHMIE TOOLASPRASHAD,            :
                                   :      Civil Action
            Petitioner,            :      07-5157 (JBS)
                                   :
      v.                           :      **O R D E R**
                                   :
JEFF GRONDOLSKY,                   :
                                   :
            Respondent.            :
_____:

For the reasons stated in the Opinion filed herewith,

**IT IS on this   25th   day of   February   2008,**

**ORDERED** that Petitioner's motion for this Court's recusal, Docket Entry No. 2, is denied; and it is further

**ORDERED** that the Clerk shall serve copies of this Order and accompanying Opinion upon Petitioner by regular U.S. mail.

                              s/ Jerome B. Simandle
                              **JEROME B. SIMANDLE**
                              **United States District Judge**